UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __4__

_Olanrewaju_

-v-

_Morin, et al_

U.S.C.A. # _____

U.S.D.C. # __08-cv-3121__

JUDGE: __KMW__

DATE: __4/29/2008__

*APR 2 9 2008*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES --------------------------------------------

DOCUMENT DESCRIPTION                                              DOC. #

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

(✓) Original Record                                  (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __29th__ Day of __April__, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

*Olanrewaju*
-v-
*Mouin, et al*

U.S.C.A. # _____

U.S.D.C. # 08-cv-3121

JUDGE: KMW

DATE: 4/29/2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __3__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                              Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 29th Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-03121-KMW**
**Internal Use Only**

Olanrewaju v. Morrin et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 03/27/2008
Date Terminated: 03/27/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2008 | 1 | COMPLAINT against Cohen, Micheal Morrin, James Mooney, Unidentified(Special Agent, NYPD), Unidentified(Special Agent, U.S. Marshal), Thomas Clark, Bonnie Jonas, David Finn. Document filed by Mufutau B. Olanrewaju.(laq) (Entered: 04/01/2008) |
| 03/27/2008 | 2 | ORDER OF DISMISSAL, On January 15, 2008, the Court received an application from plaintiff, which had been forwarded to the Court's Pro Se Office from the U.S.A. office for the S.D.N.Y. The Pro Se Office wrote to plaintiff on January 24th, 2008 acknowledging receipt of the application, and again on January 29, 2008, informing plaintiff that if he wished to proceed with a civil action in this Court, he must either submit the filing fee or an in forma pauperis application with a PLRA form allowing for the fee to be deducted from his prison account under the PLRA. On February 11, 2008, the Court received the attached correspondence from plaintiff stating that he did not intend to file a civil action. Accordingly, the Court dismissed the application without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/27/08) (laq) (Entered: 04/01/2008) |
| 03/27/2008 |   | Magistrate Judge Michael H. Dolinger is so designated. (laq) (Entered: 04/01/2008) |
| 04/18/2008 | 3 | NOTICE OF APPEAL from 2 Order Dismissing Complaint (I.F.P.). Document filed by Mufutau B. Olanrewaju. (tp) (Entered: 04/29/2008) |
| 04/18/2008 |   | Appeal Remark as to 3 Notice of Appeal filed by Mufutau B. Olanrewaju. $455.00 APPEAL FEE DUE. (tp) (Entered: 04/29/2008) |
| 04/29/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 3 Notice of Appeal. (tp) (Entered: 04/29/2008) |
| 04/29/2008 |   | Transmission of Notice of Appeal to the District Judge re: 3 Notice of Appeal. (tp) (Entered: 04/29/2008) |